THOMAS F. FINN, PROSECUTOR, v. MUNICIPAL COUNCIL
OF THE CITY OF CLIFTON, RESPONDENT.

THOMAS F. FINN, RELATOR, v. MUNICIPAL COUNCIL OF
THE CITY OF CLIFTON, RESPONDENT.

Argued January 15, 1946—Decided April 1, 1946.

Before Justices PARKER and OLIPHANT.

For the prosecutor-relator, *Aaron Heller.*

For the respondent, *John G. Dluhy.*

PER CURIAM.

For at least the third time, this court is asked to compel
the issuance of a permit for a gasoline station, having twice
refused so to do. *Phillips Oil Co.* v. *Clifton,* 120 *N. J. L.*
13; *Birchwood, Inc.,* v. *Kulik* (No. 258 May term, 1940, not
reported).

So far as we can discern, the present factual situation,
except as to ownership, differs in no material respect from
that of the previous cases. Indeed, over one-half of the 100
page state of the case consists of the opinion of this court and
the briefs of counsel in the Birchwood case, and a copy of
the lease to the present prosecutor. The ownership of the
fee seems unchanged.

We find nothing in the present case to require a recall or
modification of our previous decisions. The writ of *certiorari*
will be dismissed; and the rule to show cause in *mandamus*
will be discharged; with costs in both cases.